390 A.2d 300

Commonwealth v. Wilson, Appellant.

Argued March 23, 1978. M. Greenwell, with him Barry H. Denker, for appellant;  P. Diamond, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented.

SPAETH, J., did not participate in the consideration or decision of this case.